IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*UNITED STATES of AMERICA,*

      v.                              Case 1:22-cr-10103 LTS

*ERNEST JOHNSON,*
        Defendant.

## SENTENCING EXHIBIT

Defendant, Ernest Johnson, by his counsel, Kevin L. Barron, Esq., respectfully offers the Honorable Court the attached exhibit in connection with his Monday, February 27, 2023 sentencing hearing. The exhibit, an exchange of text messages between defendant and conspiracy leader Vincent Caruso[1], supports defendant's argument concerning defendant's reduced or minor role in the offense conduct. See, defendant's Objection "1." to PSR and Defendant's Motion for Variance and Sentencing Memorandum, Doc. 75, pp. 12 –15.

Dated:  February 23, 2023       Respectfully submitted,
                                   ERNEST JOHNSON, defendant,
                                   By his counsel,
                                   /s/Kevin L. Barron
                                   Kevin L. Barron, Esq.
                                   50 Congress St. – Ste. 600
                                   Boston, MA 02109
                                   (617) 407-6837

---

[1] Combined sentence of 250 months imposed on July 11, 2022, Case 1:21-cr-10312-DJC Doc. 90

## CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this motion to be served today through the CM/ECF system of this District on the attorneys for all the parties as set forth in the notice of electronic filing and that he has transmitted a copy of this motion to US Probation Officer Crystal Monteiro through her electronic mail of Crystal_Monteiro@map.uscourts.gov.  No party requires service by other means.

/s/Kevin L. Barron


# Extraction Report - Apple iOS Full File system


www.cellebrite.com

## Participants


+17816329311
E*


+16469439555

## Conversation - Instant Messages (100)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

**Fucking ya ex**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/22/2021 1:51:25 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/22/2021 1:51:24 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x182B47 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

**Food at the door**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/22/2021 2:10:11 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/22/2021 2:10:11 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x182458 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

**Bring my inhaler**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/22/2021 5:28:19 PM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/22/2021 5:28:19 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x18996A (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

**Wats ya attitude**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/24/2021 12:44:46 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/24/2021 12:44:43 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x1C62C6 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

**What did I do**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/24/2021 12:44:57 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/24/2021 12:44:57 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x1C7DA0 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Go clean the car that was supposed to be back 10

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/24/2021 12:44:58 PM(UTC-4) | 6/24/2021 12:44:58 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/24/2021 12:44:57 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1C7BA9
(Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Finish the job

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/24/2021 12:45:05 PM(UTC-4) | 6/24/2021 12:45:05 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/24/2021 12:45:05 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1C793D (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Nobody told me nothing brother

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/24/2021 12:45:14 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/24/2021 12:45:12 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1C7713 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/24/2021 12:45:19 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/24/2021 12:45:17 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1C74F8 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Already tightened it up this morning I'll Gotta do is vacuum

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/24/2021 12:45:33 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/24/2021 12:45:28 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1C8F83 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/24/2021 12:45:34 PM(UTC-4) | 6/24/2021 12:45:34 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/24/2021 12:45:34 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1C898C (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Doing that now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/24/2021 12:46:28 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/24/2021 12:45:45 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x1C877A (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

**Attachments:**



Title: tvc.m4a
Size: 3941430
File name: ~/Library/SMS/Attachments/de/14/4559E3D5-A372-4BF9-B50C-3328AD8F0519/tvc.m4a
~/Library/SMS/Attachments/de/14/4559E3D5-A372-4BF9-B50C-3328AD8F0519/tvc.m4a

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/24/2021 9:03:37 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/24/2021 9:03:06 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x1E076B (Table: message, handle, attachment, Size: 4513792 bytes)
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/de/14/4559E3D5-A372-4BF9-B50C-3328AD8F0519/tvc.m4a :  (Size: 3941430 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Wtf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/26/2021 2:44:20 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/26/2021 2:44:19 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x22097A (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Wya

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/26/2021 2:44:22 AM(UTC-4) | 6/26/2021 10:04:53 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/26/2021 2:44:21 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x220768 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Bro I'm bout to grab that stick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/26/2021 10:14:49 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/26/2021 10:05:04 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x23F8E6 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Niggas given me funny vibes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/26/2021 10:14:49 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/26/2021 10:05:32 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x23F6C3 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

## Get me Gatorade

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 12:39:16 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 12:39:15 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x24AF8D (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

## 3 of them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 12:39:21 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 12:39:20 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x24AD69 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

## Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 3:25:24 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 2:25:34 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x252AB8 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Get McDonald's

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 3:57:44 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 3:57:44 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x25243C (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Plz

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 3:57:46 AM(UTC-4) | 6/27/2021 3:57:53 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 3:57:45 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x25220E (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

I'm out rite now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:06:52 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 3:58:04 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x253F83 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

I'll bring it back

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:06:52 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 3:58:12 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x253D7E (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Waiting on this bitch

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:06:52 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 3:58:21 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x253B77 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

At ma hotel

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:06:52 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 3:58:31 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x25396E (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Bro someone at my door

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:06:58 AM(UTC-4) | 6/27/2021 4:07:15 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:06:58 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x25377B (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

They gonna ask you about a water leak aight bro I'm on my way bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:07:43 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:07:34 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x253541 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Who

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:07:46 AM(UTC-4) | 6/27/2021 4:07:46 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:07:46 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2532DD (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

**Going to**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:07:51 AM(UTC-4) | 6/27/2021 4:07:51 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:07:50 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x254F85 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

**Staff**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:07:53 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:07:53 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x254D65 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

**Why**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:07:56 AM(UTC-4) | 6/27/2021 4:07:56 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:07:56 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x254B7E (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

They said it was leaking downstairs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:08:00 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:08:00 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x254968 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:08:04 AM(UTC-4) | 6/27/2021 4:08:05 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:08:04 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x254745 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Then don't come

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:08:07 AM(UTC-4) | 6/27/2021 4:08:07 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:08:07 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x254535 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

You're good at security guard is Nico's first cousin

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +16469439555 | | 6/27/2021 4:08:19 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:08:10 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x254305
(Table: message, handle, Size: 4513792 bytes)

---

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Niqua

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +16469439555 | | 6/27/2021 4:08:19 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:08:14 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x255F83 (Table: message, handle, Size: 4513792 bytes)

---

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

That's my dawg

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| +16469439555 | | 6/27/2021 4:08:21 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:08:21 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x255D98 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:08:24 AM(UTC-4) | 6/27/2021 4:08:24 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:08:24 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x255B99 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

On my way!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:08:34 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:08:27 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x255985 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Wya

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:08:36 AM(UTC-4) | 6/27/2021 4:08:36 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:08:35 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x255794 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Get McDonald's

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:08:41 AM(UTC-4) | 6/27/2021 4:08:41 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:08:41 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x255580 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

At the telly

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:08:43 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:08:42 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x255350 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

For us plz

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:08:45 AM(UTC-4) | 6/27/2021 4:08:45 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:08:45 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x256F85 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Plz

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:16:56 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:16:55 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x256D6D (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:48:01 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:48:01 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x256B63 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Can u get us food

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:48:06 AM(UTC-4) | 6/27/2021 4:48:13 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:48:06 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x256953 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Already did bro I got you two sausage McMuffin's two Mc griddle's and for hashbrowns

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:48:45 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:48:33 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x256723 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Lol you the

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:48:54 AM(UTC-4) | 6/27/2021 4:48:54 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:48:53 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x256495 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Come lay down

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:48:57 AM(UTC-4) | 6/27/2021 4:48:57 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:48:57 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x256267 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

For cupple hours

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:49:00 AM(UTC-4) | 6/27/2021 4:49:00 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:49:00 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x257F85 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

This dude answer and tell her I might need a blizzard out z ven

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:49:45 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:49:33 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x257D57 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

K

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:49:50 AM(UTC-4) | 6/27/2021 4:49:50 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:49:50 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x257AF9 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

If she don't mind

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:49:53 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:49:53 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2578E9 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

We need leave by 8

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:49:57 AM(UTC-4) | 6/27/2021 4:49:57 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:49:56 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2576E6 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:50:01 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:50:00 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x25728E (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

She sleeping

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:50:01 AM(UTC-4) | 6/27/2021 4:50:01 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:50:00 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2574B6 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

I'll take it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:50:04 AM(UTC-4) | 6/27/2021 4:50:12 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:50:03 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x258F85 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

**Attachments:**



Title: 64647660753__CC3B1181-15DB-44DC-99CF-2F103CB21367.HEIC
Size: 1305350
File name: ~/Library/SMS/Attachments/d1/01/77379440-0C44-4281-867B-263F973C7A97/64647660753__CC3B1181-15DB-44DC-99CF-2F103CB21367.HEIC
~/Library/SMS/Attachments/d1/01/77379440-0C44-4281-867B-263F973C7A97/64647660753__CC3B1181-15DB-44DC-99CF-2F103CB21367.HEIC

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:50:18 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:50:17 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x258D5B (Table: message, handle, attachment, Size: 4513792 bytes)
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/d1/01/77379440-0C44-4281-867B-263F973C7A97/64647660753__CC3B1181-15DB-44DC-99CF-2F103CB21367.HEIC :  (Size: 1305350 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

I'm bout to leave

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 4:50:20 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:50:20 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x258AEE (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

K

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:50:28 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:50:28 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2588F1 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Ketchup did u get me Diet Coke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 4:50:47 AM(UTC-4) | 6/27/2021 4:51:36 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 4:50:46 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2586E3 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

No I didn't, I figured that you was gonna grab something downstairs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 7:27:33 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:51:47 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x258497 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

I'll go back in line and grab it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 7:27:33 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 4:51:52 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x25822D (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/27/2021 7:27:33 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/27/2021 6:02:33 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x259F83 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Wya

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/27/2021 7:27:36 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/27/2021 7:27:35 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2599C4 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Come  watch the kids

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/28/2021 8:57:38 PM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/28/2021 8:57:37 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2A7992 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Real quick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/28/2021 8:57:40 PM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/28/2021 8:57:39 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2A7764 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

So I can handle her

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/28/2021 8:57:44 PM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/28/2021 8:57:44 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2A754A (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Before we leave

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/28/2021 8:57:47 PM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/28/2021 8:57:47 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2A731E (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

So I'm not bothered

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/28/2021 8:58:04 PM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/28/2021 8:58:04 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2A8F8D (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Take them for walk with the dog

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/28/2021 8:58:10 PM(UTC-4) | 6/28/2021 8:59:02 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/28/2021 8:58:09 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2A8D57 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

I'm leaving song is bouncing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/28/2021 9:55:15 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/28/2021 9:55:01 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2B03C0 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

1min left

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/28/2021 9:55:15 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/28/2021 9:55:05 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2B01A3 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

It's done

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/28/2021 9:55:26 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/28/2021 9:55:26 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2B1F83 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Leaving now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/28/2021 9:55:31 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/28/2021 9:55:30 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2B1D8E (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Wtf bro like you always got some extra shit going on dawg dead

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/28/2021 9:55:41 PM(UTC-4) | 6/28/2021 9:55:41 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/28/2021 9:55:40 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2B1B9B (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Ass I'm getting sick of it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/28/2021 9:55:44 PM(UTC-4) | 6/28/2021 9:55:44 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/28/2021 9:55:44 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2B1912 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

**Attachments:**



Title: rns.mp3
Size: 5125141
File name: ~/Library/SMS/Attachments/b6/06/99FFE685-2C95-4EFF-8889-C6FAE10919CC/rns.mp3
~/Library/SMS/Attachments/b6/06/99FFE685-2C95-4EFF-8889-C6FAE10919CC/rns.mp3

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 12:59:12 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 12:59:03 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2BB580 (Table: message, handle, attachment, Size: 4513792 bytes)
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/Attachments/b6/06/99FFE685-2C95-4EFF-8889-C6FAE10919CC/rns.mp3 :  (Size: 5125141 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

**Attachments:**



Title: rns.mp3
Size: 5125141
File name: ~/Library/SMS/Attachments/b7/07/7BD52904-00B9-41FD-BD87-
03AC6EFCDFD6/rns.mp3
~/Library/SMS/Attachments/b7/07/7BD52904-00B9-41FD-BD87-
03AC6EFCDFD6/rns.mp3

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 12:59:38 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 12:59:33 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2BB313 (Table: message, handle, attachment, Size: 4513792 bytes)
00008101-000609E41484001E_files_partial-
afu.zip/private/var/mobile/Library/SMS/Attachments/b7/07/7BD52904-00B9-41FD-BD87-
03AC6EFCDFD6/rns.mp3 :  (Size: 5125141 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

**Attachments:**



Title: true story - 6:28:21, 9.54 PM.m4a
Size: 6549634
File name: ~/Library/SMS/Attachments/a8/08/D6EA308F-1B84-497F-8D47-
EAD1483C59B2/true story - 6:28:21, 9.54 PM.m4a
~/Library/SMS/Attachments/a8/08/D6EA308F-1B84-497F-8D47-
EAD1483C59B2/true story - 6:28:21, 9.54 PM.m4a

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 1:04:39 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 1:04:04 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2BCF83 (Table: message, handle, attachment, Size: 4513792 bytes)
00008101-000609E41484001E_files_partial-
afu.zip/private/var/mobile/Library/SMS/Attachments/a8/08/D6EA308F-1B84-497F-8D47-
EAD1483C59B2/true story - 6_28_21, 9.54 PM.m4a :  (Size: 6549634 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

She coming up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 2:41:58 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 2:41:52 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2C04BD (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

I'm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 2:41:59 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 2:41:59 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2C02C2 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

In 10 min

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 2:44:01 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 2:42:04 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2C1F83 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

But in the poker

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 2:44:01 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 2:43:01 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2C1D92 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Put in poket*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 2:44:01 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 2:43:21 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2C1B8B (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Get me snacks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/29/2021 2:50:16 AM(UTC-4) | 6/29/2021 4:28:15 AM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/29/2021 2:50:15 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2C1738 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Grab me drink

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/29/2021 11:13:38 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/29/2021 11:13:37 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2C58C8 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Grab drinks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/29/2021 12:53:37 PM(UTC-4) | 6/29/2021 10:12:22 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/29/2021 12:53:27 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2C85B6 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Cut the music bro wen we pull up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 10:56:56 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 10:56:50 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2D8F83 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Alsia ask us

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 10:56:58 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 10:56:57 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2D8B81 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

No wen we pull up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 10:57:09 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 10:57:09 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2D8747 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Lol ya a sucker

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/29/2021 10:57:10 PM(UTC-4) | 6/29/2021 10:57:10 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/29/2021 10:57:10 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x2D8548 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

We're here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/29/2021 10:57:14 PM(UTC-4) | 6/29/2021 10:57:14 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Sent

6/29/2021 10:57:14 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2D831C (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

I'll drive bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 11:05:01 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 11:03:07 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2D9F83 (Table: message, handle, Size: 4513792 bytes)

From: +17816329311 E
To: +16469439555 (owner)
To: +16469439555 (owner)

Relax

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16469439555 | | 6/29/2021 11:05:01 PM(UTC-4) | |
| +16469439555 | | | |

**Status:** Read

6/29/2021 11:03:12 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2D9D84 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Let's go

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/30/2021 12:34:23 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/30/2021 12:34:22 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2E6B66 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/30/2021 12:34:24 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/30/2021 12:34:24 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2E694E (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Like the shit we gotta do is serious

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/30/2021 12:34:31 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/30/2021 12:34:31 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2E6744 (Table: message, handle, Size: 4513792 bytes)

From: +16469439555 (owner)
To: +17816329311 E
To: +16469439555 (owner)

Bring me a cig

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17816329311 E | 6/30/2021 2:08:40 AM(UTC-4) | | |
| +16469439555 | | | |

**Status:** Sent

6/30/2021 2:08:39 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
00008101-000609E41484001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db :
0x2E629A (Table: message, handle, Size: 4513792 bytes)